Earnee Windell Smith c/o 17083-112
Federal Correctional Institution
P.O. BOX 5300
Adelanto, California 92301

FILED

JAN - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the District Court of the United States
For the District of Columbia

Earnee Windell Smith, # 17083-112
    Plaintiff, FCI
    POB 5300
Vs.    Adelanto, CA 92301

Environment Natural Resources Division,
    Defendant.

Case Number _____

PETITION FOR REVIEW OF FREEDOM
OF INFROMATION ACT PURSUANT TO
TITLE 5 U.S.C. § 552 (B)
OF ADMINISTRATIVE APPEAL BY A
FEDERAL AGENCY

Jurisdiction

Now Comes Earnee Windell Smith, In Propria Persona, and Invokes the Power/Jurisdiction of this Honorable Court, as a matter of right for review of an Freedom of Infromation Act Request. Pursuant to Title 5 U.S.C. § 552 (B), this Court has jurisdiction to entertain this review.

Cause of Action

Plaintiff, Now Moves this Honorable Court to review the said freedom of infromation act, it is requested by the Plaintiff that the Defendant be ordered to turn over any documents regarding the search for the records. As to wherther the land was ceded to the Federal Government and Acceptance by the United States, pursuant to Title 40 U.S.C. § 255 et seq.

CASE NUMBER 1:07CV00015
JUDGE: John D. Bates
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 01/04/2007

RECEIVED
DEC 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Statement of Facts

1. The plaintiff, has waited for months for the review.

2. The plaintiff, has not receive any documents of their investigation by the defendants.

3. The plaintiff, has no other remedy to verfiy that the documents are true, correct, and complete.

4. The defendant, never inform the plaintiff that he could review their decesion.

5. The plaintiff, would be damaged if not given an opportunity to present probative evidence of the miscarriage of justice against him. (Plaintiff).

Procedual History

Plaintiff, on June 14, 2005, file an request for Freedom of Infromation Act, pursuant to Title 5 U.S.C. § 552, plaintiff, further stated that the federal government was to comply with Title 40 U.S.C. § 255 et seq., the request was filed in their recordes on May 31, 2005, for record(s) concerning federal jurisdiction over parcles in Fontana and Rialto, California.
The defendant, gave plaintiff a filing numer: FOIA-2005-00089; and 2005-00101.
The plaintiff, had sent several letters in regard to his FOIA request, plaintiff had receive from the defendant that they could not find any record(s) as to whether the federal government has accepted jurisdiction over the said parcels of land at 16055 Foothill Blvd; and 151 West Basline. However, the plaintiff request for an appeal of the administrative finding of fact and law. The appeal took almost a full year to uphold their findings of fact and law. The plaintiff had not receive the denying of his request for the appeal, the defendant had made a decesion on June 27, 2006, of its final determination of plaintiff's appeal. See, Exhibit A.

Relief Requested

WHEREFORE, the Plaintiff moves this Court for a finding of fact and law as to the records held by the defendant are true, correct, and complete.

And to turn over any documents that pertain to said finding of fact and law by the defendants.....

Dated 11-26-06

Earnee Windell Smith
Plaintiff

EXHIBIT A



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642         Washington, D.C. 20530

OCT - 5 2006

Mr. Earnee Windell Smith
Register No. 17083-112
Federal Correctional Institution
Post Office Box 5300
Adelanto, CA  92301

Dear Mr. Smith:

This responds to your letter dated September 11, 2006, requesting the status of your administrative appeals.

Your appeals were adjudicated on June 27, 2006. For your convenience, I have enclosed a copy of that response.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

Enclosure

RECEIVED

07 0014

FILED

JAN - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642          Washington, D.C. 20530

JUN 2 7 2006

Mr. Earnee W. Smith
Register No. 17083-112              Re:   Appeal Nos. 05-2645 and 05-2646
United States Penitentiary                Request Nos. 2005-00101 and
Post Office Box 5500                      2005-00089
Adelanto, CA 92301                        KDC:ALB:CL

Dear Mr. Smith:

You appealed from the action of the Environment and Natural Resources Division (ENRD) on your request for access to records reflecting the federal government's jurisdiction over certain parcels of land in Fontano and Rialto, California. I note that duplicate appeal and request files were opened in this matter.

After carefully considering your appeal, I am affirming ENRD's action on your request. ENRD informed you that it could locate no responsive records in its files. I have determined that ENRD's response was correct.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B.

Sincerely,

Daniel J. Metcalfe
Director

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

07-15 JDB

### I (a) PLAINTIFFS
EARNEE W. SMITH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE P/R

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#17083-112

### DEFENDANTS
ENVIRONMENT NATURAL RESOURCE DIVISION

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTO

CASE NUMBER 1:07CV00015
JUDGE: John D. Bates
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 01/04/2007

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP FOR PLAINTIFF AND

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☒ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

③

|  |  |  |  |
|---|---|---|---|
| ☐ **G.** *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ **I.** *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ **K.** *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ **M.** *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552  F.O.I.A.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 1.4.07   SIGNATURE OF ATTORNEY OF RECORD  NCJ

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

