**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EARNEE WINDELL SMITH )<br>#17083-112 )<br>FCI )<br>P.O. Box 5300 )<br>Adelanto, CA 92301 )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>ENVIRONMENTAL AND )<br>NATURAL RESOURCES DIVISION, )<br>)<br>      Defendant. )<br>)<br>_____) | Civil Action No. 07-0015(JDB) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

                                Respectfully submitted,

                              ___/s/_____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C. 20530
                              (202)514-7205

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

EARNEE WINDELL SMITH  
#17083-112  
FCI  
P.O. Box 5300  
Adelanto, CA 92301

on this _____ day of January, 2007.

                      \_\_\_/s/_____  
                      DIANE M. SULLIVAN  
                      Assistant United States Attorney  
                      555 Fourth Street, N.W.  
                      Room E4919  
                      Washington, D.C.  20530  
                      (202)514-7205