UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
EARNEE WINDELL SMITH              )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    Civil Action No. 07-0015(JDB)
                                  )
ENVIRONMENTAL AND                 )
NATURAL RESOURCES DIVISION,       )
                                  )
            Defendant.            )
                                  )
_____)
```

### MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the Complaint up to and including March 15, 2007.

Counsel for the defendant has been unable to obtain the full file pertaining to Mr. Smith's FOIA request. Discussions with the agency indicate that the defendant can file a dispositive motion and supporting declaration by March 15, 2007. Because of the demands in other cases during the next few weeks and mandatory training on March 8, and 9, 2007, counsel will not be able to file a motion before March 15, 2007.

Counsel for the defendant could not contact plaintiff pro se to ascertain his views on the filing because he is incarcerated.

Wherefore, it is respectfully requested that the defendant have up to and including March 15, 2007 to answer or otherwise respond to the Complaint.

```
                    Respectfully submitted,

                    __/s/_____
                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney


                    __/s/_____
                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                    Assistant United States Attorney


                    __/s/_____
                    DIANE M. SULLIVAN, D. C. BAR # 12765
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 Fourth Street, N.W.
                    Room E4919
                    Washington, D.C. 20530
                    (202) 514-7205
```

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

EARNEE WINDELL SMITH  
#17083-112  
FCI  
P.O. Box 5300  
Adelanto, CA 92301

on this _____ day of February, 2007.

    \_\_\_/s/_____  
    DIANE M. SULLIVAN  
    Assistant United States Attorney  
    555 Fourth Street, N.W.  
    Room E4919  
    Washington, D.C.  20530  
    (202)514-7205