UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EARNEE WINDELL SMITH            )
                                )
            Plaintiff,          )
                                )
       v.                       )   Civil Action No. 07-0015(JDB)
                                )
ENVIRONMENTAL AND               )
NATURAL RESOURCES DIVISION,     )
                                )
            Defendant.          )
                                )
_____ )

**MOTION FOR AN ENLARGEMENT OF TIME**

    The defendant, pursuant to Rule 6(B)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to respond to plaintiff's cross-motion for summary judgment up to and including April 26, 2007.

    Counsel for defendant is presently preparing pre-trial materials for trial scheduled May 16, 2007 and has been unable to prepare an opposition to plaintiff's motion.

    Plaintiff *pro se* is incarcerated and was not contacted concerning this motion.

    Wherefore, it is respectfully requested that the defendant have up to and including April 26, 2007 to respond to plaintiff's motion.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

EARNEE WINDELL SMITH  
#17083-112  
FCI  
P.O. Box 5300  
Adelanto, CA 92301  

on this _____ day of April, 2007.

                        ___/s/_____  
                        DIANE M. SULLIVAN  
                        Assistant United States Attorney  
                        555 Fourth Street, N.W.  
                        Room E4919  
                        Washington, D.C.  20530  
                        (202)514-7205