```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

EARNEE WINDELL SMITH            )
                                )
            Plaintiff,          )
                                )
     v.                         )     Civil Action No. 07-0015(JDB)
                                )
ENVIRONMENT AND                 )
NATURAL RESOURCES DIVISION,     )
                                )
            Defendant.          )
                                )
_____)

### REPLY TO PLAINTIFF'S OPPOSITION
### TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff submitted a FOIA request to the Environment and Natural Resources Division (ENRD), Department of Justice (DOJ) seeking records concerning federal jurisdiction over two towns in California.  In response to plaintiff's FOIA request, the Law and Policy Section of ENRD, which maintains the files concerning legislative determinations involving ceding of land between states and the federal government, conducted two searches to locate responsive records (Anton Declaration, ¶¶ 6,13).  The searches found no responsive documents (Anton Declaration, ¶¶ 8,9,13).

The defendant filed a motion for summary judgment.  The sole issue presented in this FOIA action is the adequacy of the search conducted by ENRD.  In his opposition, plaintiff pro se does not challenge the adequacy of the search (See Plaintiff's Affidavit, ¶ 11).  Rather, plaintiff expounds at length over the federal government's "legislative jurisdiction," or lack thereof, over

the two towns in California. Apparently, plaintiff pro se seeks to reargue in this Court the trial Court's jurisdiction over his criminal case.

The law is clear that under FOIA the only issue presented to the Court is whether the agency wrongfully withheld documents. Plaintiff may not collaterally attack his conviction and the jurisdiction of the trial Court by way of a FOIA suit. See Billington v. Dep't. of Justice, 11 F.Supp. 2d 45, 63 (D.D.C. 1998) vacated in part on other grounds, 233 F.3d 581 (D.C. Cir. 2000); Neely v. FBI, 20 F.3d 461, 468 (4th Cir. 2000); Johnson v. Dep't. of Justice, 758 F.Supp. 2, 5 (D.D.C. 1991).

For the foregoing reasons and the reasons set forth in defendant's motion for summary judgment, the motion for summary judgment should be granted.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

EARNEE WINDELL SMITH
#17083-112
FCI
P.O. Box 5300
Adelanto, CA 92301

on this _____ day of April, 2007.

                     \_\_\_/s/_____
                     DIANE M. SULLIVAN
                     Assistant United States Attorney
                     555 Fourth Street, N.W.
                     Room E4919
                     Washington, D.C.  20530
                     (202)514-7205