United States District Court
For the District of Columbia

Earnee Windell Smith,
    Plaintiff,

v.

Environmental and Natural
Resources Division,
    Defendant.

Civil Action Number 07-0015 (JDB)

Plaintiff's Objection To Defendant's Response To His Summary Judgment

Come Now the Plaintiff, and hereby Move the Court by Motion that:

"I, stand on my well-written summary judgment motion and complaint. I am not going to tell the United States District Court Judge how to do his job. He understand his job presumably. He was well-trained. Let him do his job."

Dated: April 30, 2007.

*Earnee Windell Smith*
Earnee Windell Smith
Plaintiff
F.C.I
P.O. Box 5300
Adelanto, California
92301

**RECEIVED**
MAY -7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-0015 (JDB)

## Certificate of Service

I, Earnee Windell Smith, did place in the mail my Objection to defendant's response to my summary judgment, and in a seal envelope prepaid postage to the following:

United States Attorney's Office
District of Columbia
555 Fourth Street, N.W.
Washington, District of Columbia
20530

United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, District of Columbia
2000l

I declare that the foregoing is true, correct, and complete. So Help Me God.

Dated: April 30, 2007.

*Earnee Windell Smith*
Earnee Windell Smith
Plaintiff