Earnee Windell Smith
F.C.I.
P.O. BOX 5300
Adelanto, Cal 92301

Dtstrict court of the United States
For the District of Columbia

In Propria Persona

**RECEIVED**
JUN 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EARNEE WINDELL SMITH,
    Plaintiff,
V.
ENVIORNMENT NATURAL RESOURCES DIVISION,
    Defendant.

Civil Action No. 07-0015 (JDB)
CASE STATUS HEARING STATEMENT
FOR SUMMARY JUDGMENT OF THE
PLAINTIFF

NOW COMES, Earnee Windell Smith, in Proria Persona, (hereinafter referred to as Plaintiff) hereby make and files the Case Status Hearing Statement as required under operation of law.

Please Take Notice that the above-entitled Plaintiff is incarcerated person and is unconstitutionally detained in the Special maritime jurisdiction of the United States (F.C.I. Victorville). As such, Plaintiff will be unable to appear at any future court dates without court intervention. Therefore, any madatory appearances required such as, pretrial conferences of the Plaintiff, the court must issue forth a Writ of Removal.

Accordingly, the Case Status Hearing Statemnet is as follows:

    1. Parties:
Earnee Windell Smith
Federal Correctional Institution
P.O. Box 5300
Adelanto, California 92301
Plaintiff

Environmental Natural Resources Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Defendant

    2. Estimated Duration Time of Trial: 3.5 Hours.

    3. The Issues Are Not Complex.

    4. The Defendant does not have the records of the accptance of the Attorney General.

    5. The Defendant gave the Plaintiff some uncertainty in the F.O.I.A. request about the acceptance of jurisdiction.

    6. **The Defendant's genuine failure to act adverse agency inaction, led to the**

Plaintiff's harm and injury incurred.

7. RELEVANT ISSUE (S)/ Case Status: [N]amed Defendant's failure to release or produce specific portions of the public administrative records regarding the proper establishment of cession of federal criminal or otherwise subject-matter-jurisdiction, over two (2) sites in the State of California, has deprived Plaintiff of access to the public records. Thus preventing the same from ascertaining whether or not the Plaintiff has a First Amendment reddress in federal proceedings.

8. If it appears, per view of the records, that said defendant is correct in the averments that the federal government has not accepted any jurisdiction civil or otherwise the federal authorities over the sites targeted by the Plaintiff, then it would conclusively demonstrate that the federal government has committed an ultra vires act within the Sovereign State of California. To that extent, the Attorney General would be required, under the Federal Constitution, to correct the matter via injunctive relief and/or other appropriate administrative remedy.

9. Indeed, no federal penalty and/or saction can be imposed absent an administrative record revealing a resolution of cession between the State of California and the acceptance of the United States Government. Nonetheless, the above statement is not being argued.

10. The foregoing are the relevent issues at heart in the instant matter.

11. Bench Trial Requested on all claims triable by the Judge.

WHEREFORE, the above-entitled will constitutes the Case Status Hearing Statment on the Summary Judgment by the Plaintiff, Earnee Windell Smith.

Dtaed June 10, 07

Earnee Windell Smith
Palintiff
In Propria Persona

# CERTIFICATE OF SERVICE

I, __Earnee Windell Smith__ hereby certify that I have served a true and correct copy of the following:

Case Status Hearing Statement

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, *Houston v. Lack*, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Department of Attorney Office
555 Fourth Street, N.W.
Washington, D.C.
20530

United States District Court
333 Constitution, Avenue, NW
Washington, D.C.

and deposited same in the United States Postal Mail at the Federal Correctional Institution Adelanto, California, on this: __10__ day of: __June__, 2007

I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT, COMPLETE PURSUANT TO TITLE 28 U.S.C. 1746 (2).

*Earnee Windell Smith*
__17083-112__
Federal Correctional Institution
P.O. BOX 5300
Adelanto, California
92301