UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARNEE WINDELL SMITH,<br><br> Plaintiff,<br><br> v.<br><br>ENVIRONMENTAL NATURAL RESOURCES DIVISION,<br><br> Defendant. | Civil Action No. 07-0015 (JDB) |

### ORDER

 For the reasons stated in the accompanying Memorandum Opinion, it is hereby

 ORDERED that plaintiff's motion for summary judgment [Dkt. #14] is DENIED. It is further

 ORDERED that defendant's motion for summary judgment [Dkt. #10] is GRANTED. It is further

 ORDERED that JUDGMENT shall be entered for defendant.

 This is a final appealable Order. See Fed. R. App. P. 4(a).

 SO ORDERED.

               /s/
              JOHN D. BATES
              United States District Judge

Date: November 21, 2007